FILED 2 MAR '26 16:06USDC-ORP

Full name: JOSEPH LUNA
Address: 2065 SE. 44TH AVE
APT. 237  HILLSBORO, OR 97123
Phone: 503-820-1109
E-mail: kebahyena2@yahoo.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

JOSEPH LUNA

_____

_____

*(List the full name(s) of the plaintiff(s)/petitioner(s))*

v.

FRANK KAIM, LOUIS LAMP,

SEASIDE CIVIC AND CONVENTION CENTER

*(List the full name(s) of the defendant(s)/respondent(s))*

Case No.: **3:26-CV-398-SI**  ___-CV-_____-____

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I, JOSEPH LUNA _____, ask the Court to request a pro bono attorney to represent me in this action.

I need an attorney in this case because (briefly explain why you need an attorney in this case): I HAVE BEEN DISCRIMINATED AGAINST HAVING A SERVICE ANIMAL IN A PUBLIC VENUE AND MY RIGHTS UNDER ADA REGULATIONS AND RIGHTS HAVE BEEN VIOLATED. A DEFAMATION OF CHARACTER IS ALSO AN ISSUE THAT STEMMED FROM THIS EVENT.

To support this motion, I declare under penalty of perjury that the following information is true and correct:

1.    When I filed this case (check the appropriate box):

☐    I filed an IFP application in this case and it is still an accurate representation of my current financial status.

☐    I paid the filing fee for this case and did not file an IFP application.

☐    I did not pay the filing fee for this case and I did not file an IFP application (explain below):

_____

_____

2. I am requesting an attorney to represent me as a(n):
   ☑ Individual  ☐ Company (LLC, LLP, etc.)

3. I am currently incarcerated:  ☐ Yes  ☒ No  **If yes,** where are you currently incarcerated:
   _____

4. I contacted a lawyer, law firm, or legal clinic to try to obtain legal representation.
   ☒ Yes  ☐ No  **If yes,** list the lawyers, law firms, or clinics you contacted and their responses to your requests:
   DENNIS STEINMAN OF KELL, ALTERMAN, + RUNSTEIN, L.L.P. HE RESPONDED
   BY SAYING HE WILL NOT BE REPRESENTING ME ON THIS ISSUE.
   _____
   _____
   _____
   _____

5. I am currently employed (self or other):  ☐ Yes  ☒ No
   **If yes,** complete the following:
   Employer name:  _____  Take home pay: $_____
   Employer address:  _____  Per: ☐ Hour ☐ Week ☐ Month
   _____  Time on job: _____ ☐ Months ☐ Years

6. My significant-other is currently employed (self or other):  ☐ Yes  ☐ No  ☒ N/A
   **If yes,** complete the following:
   Employer name:  _____  Take home pay: $_____
   Employer address:  _____  Per: ☐ Hour ☐ Week ☐ Month
   _____  Time on job: _____ ☐ Months ☐ Years

7. I received money from the following sources in the last 12 months (check all that apply):
   ☐ Business (professions, self-employment) in the amount of:  $_____
   ☐ Rental properties, interest, or dividends in the amount of:  $_____
   ☐ Pensions, annuities, or life insurance in the amount of:  $_____
   ☐ Disability or workers compensation in the amount of:  $_____
   ☐ Unemployment benefits in the amount of:  $_____
   ☒ Other (describe): SSI _____ in the amount of: $ 894.60/mo.
   ☐ None of the above.

8. I own the following assets (check all that apply):  ▓▓
   ☐ Stocks (describe): _____ in the amount of: $_____
   ☐ Real estate (describe): _____ in the amount of: $_____
   ☐ Bonds (describe): _____ in the amount of: $_____
   ☐ Securities (describe): _____ in the amount of: $_____

☒ Automobiles (describe): _2007 HONDA ODYSEY_ valued at: $_____

☐ Other (describe): _____ in the amount of: $_____

_____ in the amount of: $_____

_____ in the amount of: $_____

☐ None of the above.

9.    I have money in the following accounts (check all that apply):

☒ Checking, total current balance of:                                   $ 13.62

☐ Savings, total current balance of:                                    $_____

☐ Certificate of Deposit (CD), total current balance of:               $_____

☐ Money Market, total current balance of:                              $_____

☐ Credit union, total current balance of:                              $_____

☐ Prison trust account, total current balance of:                      $_____

☐ Other accounts (list all other accounts):

☐ _____ in the amount of:   $_____

☐ _____ in the amount of:   $_____

☐ None of the above.

10.    I am financially responsible for the following monthly expenses (check all that apply):

☒ Rent/mortgage payments in the amount of:                             $ 250.00/MO.

☒ Utilities in the amount of:                                          $ 105.00 /MO.

☐ Child/spousal support in the amount of:                             $_____

☐ Credit card/loan payments in the amount of:                         $_____

☐ Insurance (home, medical, auto) in the amount of:                   $_____

☐ Transportation/auto payments in the amount of:                      $_____

☐ Other (list all other monthly expenses):

☐ _____ in the amount of: $_____

☐ _____ in the amount of: $_____

☐ None of the above.

11.    I am financially responsible for the following dependents (if under age 18, use initials):

Name or initials: _____    Amount of monthly support: $_____
Relationship to you: _____   Age: _____

Name or initials: _____    Amount of monthly support: $_____
Relationship to you: _____   Age: _____

Name or initials: _____    Amount of monthly support: $_____
Relationship to you: _____   Age: _____

☒ I am not financially responsible for any dependents.

## DECLARATION

1.  I declare under the penalty of perjury that my answers to the foregoing questions are true and correct.

2.  I understand that if I am assigned an attorney and my attorney learns, either from me or elsewhere, that I can afford an attorney, my attorney may give that information to the Court.

3.  I understand that even if the Court grants this application, I will receive pro bono counsel only if an attorney volunteers to take my case, and that there is no guarantee that an attorney will volunteer to represent me.

4.  I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

Signature of Applicant: _____ Date: 3/2/26

Printed Name of Applicant: JOSEPH L una