## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **JOSEPH LUNA** | **Case No.: 3:26−cv−00398−SI** |
| **Plaintiff(s),** | |
| **v.** | **ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR ALL PURPOSES** |
| **FRANK KAIM, et al.** | |
| **Defendant(s).** | |

The Court hereby grants Joseph Luna's Motion to Appoint Counsel [3] and conditionally appoints Thomas A. Ped as counsel of record for all purposes.

Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

Contact the Pro Bono Panel Administrator to be paired with a mentor attorney, to obtain a copy of the Guide for Representing Prisoners, or for more information regarding reimbursement of out−of−pocket expenses, procedures, and forms. Additional information can also be found on the Court's website.

**DATED** this 6th day of March, 2026        /s/Michael H. Simon

Honorable Michael H. Simon
United States District Judge.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JOSEPH LUNA**
    **Plaintiff(s),**

**v.**

**FRANK KAIM, et al.**
    **Defendant(s).**

**Case No.: 3:26–cv–00398–SI**

**PRO BONO APPOINTMENT
RESPONSE FORM**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Joseph Luna for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____

_____

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

    **DATED** this _____ day of _____ _____

.

_____
Signature

_____
Printed Name and Oregon State Bar No.