# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**JOSEPH LUNA**

    **Plaintiff(s),**

**v.**

**FRANK KAIM, et al.**

    **Defendant(s).**

**Case No.: 3:26–cv–00398–SI**

**ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR ALL PURPOSES**

The Court hereby grants Joseph Luna's Motion to Appoint Counsel [3] and conditionally appoints Thomas A. Ped as counsel of record for all purposes.

Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

Contact the Pro Bono Panel Administrator to be paired with a mentor attorney, to obtain a copy of the Guide for Representing Prisoners, or for more information regarding reimbursement of out–of–pocket expenses, procedures, and forms. Additional information can also be found on the Court's website.

**DATED** this 6th day of March, 2026

/s/Michael H. Simon

Honorable Michael H. Simon
United States District Judge.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JOSEPH LUNA**
    **Plaintiff(s),**

**Case No.: 3:26–cv–00398–SI**

**v.**

**PRO BONO APPOINTMENT
RESPONSE FORM**

**FRANK KAIM, et al.**
    **Defendant(s).**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Joseph Luna for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☒ Termination of this appointment is requested based on the following conflict of interest: I'm unable to assist because I am caring for my seriously injured spouse on a full-time basis for at least the next three months.  In addition, my firm has a conflict.

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

**DATED** this ___9th___ day of ___May, 2026___

.

_____
Signature
Thomas A. Ped, OSB #953767
Printed Name and Oregon State Bar No.