**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF JOSEPH LUNA | COURT CASE NUMBER 3:26-cv-00398-SI |
|---|---|
| DEFENDANT FRANK KAIM | TYPE OF PROCESS CIVIL RIGHTS VIOLATION/ DISCRIMINATION UNDER ADA/ IMPERSONATING A FEDERAL AGENT |

**SERVE AT** { 
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FRANK KAIM
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
C/O SEASIDE CIVIC AND CONVENTION CENTER 415 1ST. AVE. SEASIDE, OR 97138

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| JOSEPH LUNA 2065 SE 44TH AVE. #237 HILLSBORO, OR 97123 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case   3 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

503-738-8585

HOURS: 8 AM - 5 PM MONDAY - FRIDAY (NOT AVAILABLE SATURDAYS OR SUNDAYS)

SEASIDE CIVIC AND CONVENTION CENTER 415 1ST. AVE. SEASIDE OR. 97138

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 503-820-1109 | DATE 3/16/26 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See _"Instructions for Service of Process by U.S. Marshal"_

| PLAINTIFF JOSEPH LUNA | COURT CASE NUMBER 3:26-CV-00398-SI |
|---|---|
| DEFENDANT SEASIDE CIVIC AND CONVENTION CENTER | TYPE OF PROCESS CIVIL RIGHTS VIOLATION/ DISCRIMINATION UNDER ADA |

SERVE { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEASIDE CIVIC AND CONVENTION CENTER    Brian Owen
AT { ADDRESS _(Street or RFD, Apartment No., City, State and ZIP Code)_
415 1ST. AVE. SEASIDE OR 97138

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| JOSEPH LUNA 2065 SE 44TH AVE. #237 HILLSBORO, OR 97123 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case   3 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE _(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):_

503-738-8585

| Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER 503-820-1109 | DATE 3/16/26 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. _(Sign only for USM 285 if more than one USM 285 is submitted)_ | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above _(See remarks below)_

| Name and title of individual served _(if not shown above)_ | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address _(complete only different than shown above)_ | Signature of U.S. Marshal or Deputy | | |

_Costs shown on attached USMS Cost Sheet >>_

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF  JOSEPH LUNA | COURT CASE NUMBER  3:26-cv-00398-SI |
|---|---|
| DEFENDANT  LOUIS LAMP | TYPE OF PROCESS DEFAMATION/ CIVIL RIGHTS VIOLATION/DISCRIMINATION UNDER ADA |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE** **AT** | LOUIS LAMP  ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*  964 4TH. AVE. VERNONIA, OR 97064 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| JOSEPH LUNA  2065 SE 44TH AVE. #237  HILLSBORO, OR 97123 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case   3 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

503-502-7016

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER  503-820-1109 | DATE  3/16/26 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21