## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

JOSEPH LUNA

    **Plaintiff(s),**

**v.**

**FRANK KAIM, et al.**

    **Defendant(s).**

Case No.: 3:26−cv−00398−SI

**ORDER TERMINATING PRO BONO APPOINTMENT**

Upon notice to the Court that the appointed attorney/law firm has declined representation,

IT IS HEREBY ORDERED that the Court terminates the appointment of Thomas A. Ped as *Pro Bono* counsel for Joseph Luna .

Joseph Luna is to proceed *pro se* without appointed counsel.

The Clerk is directed to serve a copy of this order upon Joseph Luna .

**DATED** this 1st day of April, 2026

/s/Michael H. Simon

Honorable Michael H. Simon
United States District Judge.