Kenneth S. Montoya, OSB #064467
*kenny@montoyalaw.org*
Keegan C. Murphy, OSB #194294
*keegan@montoyalaw.org*
Dallin M. Snyder, OSB #256020
*dallin@montoyalaw.org*
Montoya Law LLC
350 Mission St. SE, Suite 202
Salem, OR 97302
    Telephone: (503) 990-8436
    Fax: (503) 878-8598
Attorneys for Defendants Frank Kaim and Seaside Civic and Convention Center

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSEPH LUNA, | Case No. 3:26-CV-00398-SI |
| Plaintiffs, | |
| v. | **CITY DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT** |
| FRANK KAIM, LOUIS LAMP, and SEASIDE CIVIC AND CONVENTION CENTER, | **(Request for Jury Trial)** |
| Defendants. | |

For its Answer to Plaintiff's Complaint, defendants Frank Kaim and Seaside Civic and Convention Center ("City Defendants") hereby admit, deny, and allege as follows:

1.

In response to paragraph I, plaintiff Joseph Luna ("Plaintiff") lists the parties to his action to which no response is required.

Page 1 – **CITY DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
350 Mission St. SE, Ste 202
Salem, OR  97302
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

2.

In response to paragraph II, deny that this Court has diversity jurisdiction. Further deny that any events support Plaintiff's action.

3.

Paragraph III states legal conclusions to which no response is required. To the extent any facts are alleged, deny.

4.

In response to paragraph IV, deny that Plaintiff is entitled to any relief.

5.

Paragraph V is a certification to which no response is required.

6.

Following paragraph V, Plaintiff includes a narrative that is not separated by numbered paragraphs or lines as required by Federal Rule of Civil Procedure 10(b). City Defendants respond to that narrative as follows:

a.      City Defendants are without sufficient knowledge or information to admit or deny whether Plaintiff arrived at the convention center at noon, Plaintiff guarded the door, Plaintiff sought to speak to his roommate, and/or Plaintiff spoke with a vendor about his dog and, on this basis, deny.

b.      Admit that Plaintiff's dog created a disturbance by barking while inside the convention center.

c.      Admit that Plaintiff was approached by two convention center staff members in response to the disturbance created by Plaintiff's dog.

d.      Deny that Defendant Frank Kaim said, "you need to remove your pet."

e.      Admit that Plaintiff claimed his dog was a service dog.

f.      Admit that Defendant Kaim claimed familiarity with the ADA and training requirements for service animals. Otherwise, deny.

Page 2 – **CITY DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
350 Mission St. SE, Ste 202
Salem, OR  97302
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

g.      City Defendants are without sufficient knowledge or information to admit or deny whether Plaintiff sought to go to ADA.gov and, on this basis, deny.

h.      Admit that the event coordinator, Louis Lamp, requested Plaintiff be removed.

i.      Admit that, after Plaintiff did not leave the convention center, City Defendants asked Mr. Lamp to speak to Plaintiff.

j.      City Defendants are without sufficient knowledge or information to admit or deny whether Mr. Lamp escorted Plaintiff out of the convention center and told Plaintiff to go to his hotel room and, on this basis, deny.

k.      Admit that Plaintiff contacted Seaside Police Department.

l.      City Defendants are without sufficient knowledge or information to admit or deny whether the Seaside Police Department stated, "the event coordinator wanted [Plaintiff] removed" and, on this basis, deny.

m.      Admit that Plaintiff was not trespassed from the convention center.

n.      City Defendants are without sufficient knowledge or information to admit or deny whether Plaintiff returned to the convention center without his dog, Plaintiff spoke with a volunteer working registration, registration contacted Mr. Lamp, registration told Plaintiff the convention center had trespassed him and he needed to forfeit his badge, and/or whether Plaintiff forfeited his badge and left the convention center and, on this basis, deny.

o.      Plaintiff's allegations relating to telegram messages to and from Mr. Lamp, stated reasons of removal, and a ban letter are directed at another defendant and, as such, no response is required from City Defendants. To the extent that any allegations are directed toward City Defendants, deny.

p.      Deny that Seaside Civic and Convention Center blocked emails from Advocacy for Service Animals.

Page 3 – **CITY DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
350 Mission St. SE, Ste 202
Salem, OR  97302
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

7.

Except as expressly admitted, City Defendants deny every allegation in Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

City Defendants reserve the right to amend or add additional affirmative defenses based on facts later learned, and reserve the right to amend or supplement their response to Plaintiff's Complaint as information is gathered through discovery.

**FOR A FIRST AFFIRMATIVE DEFENSE, City Defendants allege:**

**(Failure to state a Claim)**

8.

Plaintiff's Complaint fails to state facts sufficient to constitute a claim against City Defendants

**FOR A SECOND AFFIRMATIVE DEFENSE, City Defendants allege:**

**(Non-discriminatory reasons for actions taken)**

9.

City Defendants and its employees had valid, lawful, objectively reasonable and non-discriminatory grounds for all actions taken with respect to Plaintiff. Such actions were not based on improper motive or taken for any improper purpose. All actions taken by City Defendants with respect to Plaintiff were reasonable and based on legitimate business necessity and safety concerns, barring Plaintiff's claims.

**FOR A THIRD AFFIRMATIVE DEFENSE, City Defendants allege:**

**(Oregon Tort Claims Act)**

10.

To the extent any of Plaintiff's claims are based on Oregon state law, those claims are

Page 4 – **CITY DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
350 Mission St. SE, Ste 202
Salem, OR 97302
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

subject to all the limitations, conditions, and immunities contained in the Oregon Tort Claims Act, ORS 30.260 *et seq*.

### FOR A FOURTH AFFIRMATIVE DEFENSE, City Defendants allege:

### (Intervening Cause)

11.

Any injury or damages suffered by Plaintiff was not the result of any act or omission of City Defendants but was the result of the intervening actions of others.

### FOR A FIFTH AFFIRMATIVE DEFENSE, City Defendants allege:

### (Acts of Third Parties)

12.

Plaintiff's damages, if any, were caused or contributed to in whole or in part by the acts or omissions of third parties.

### FOR AN SIXTH AFFIRMATIVE DEFENSE, City Defendants allege:

### (Qualified Immunity)

13.

Defendant Kaim's actions did not violate any of Plaintiff's clearly established rights such that he is entitled to qualified immunity.

WHEREFORE, having fully responded to Plaintiff's Complaint, City Defendants request judgment in their favor and against plaintiff with an award of costs and attorney fees as the prevailing parties under 42 U.S.C. § 1988.

DATED this April 6, 2026.

s/*Dallin M. Snyder*
Dallin M. Snyder, OSB#256020
Keegan C. Murphy, OSB#194264
Kenneth S. Montoya, OSB #064467
Attorneys for Defendants Frank Kaim and
Seaside Civic and Convention Center

Page 5 – **CITY DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

KENNETH S. MONTOYA
Montoya Law LLC
350 Mission St. SE, Ste 202
Salem, OR  97302
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing CITY DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT on:

Joseph Luna
2065 SE 44th Ave
#237
Hillsboro, OR 97123
   Plaintiff

Will Riddell
Riddell Law
1491 Commercial St. SE
Salem, OR 97302
   Attorney for defendant Louis Lamp

Melissa J. Healy
Stoel Rives LLP
760 S.W. Ninth Ave.
Suite 3000
Portland, OR 97205
   Pro Bono attorney for plaintiff

by the following indicated method or methods:

☒      by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

      by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

      by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to plaintiff's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this April 6, 2026.

          s/*Dallin M. Snyder*
          Dallin M. Snyder, OSB#256020
          Keegan C. Murphy, OSB#194264
          Kenneth S. Montoya, OSB #064467
          Attorneys for Defendants Frank Kaim and
          Seaside Civic and Convention Center