# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

JOSEPH LUNA

    Plaintiff(s),

v.

FRANK KAIM, et al.

    Defendant(s).

Case No.: 3:26–cv–00398–SI

**PRO BONO APPOINTMENT RESPONSE FORM**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☒ Representation of Joseph Luna for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____

_____

☐ I request a 14–day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

**DATED** this ___13th___ day of ___April_____ _____

.

_____
Signature

Melissa J. Healy, OSB No. 102176
_____
Printed Name and Oregon State Bar No.