MELISSA J. HEALY, Bar No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiff Joseph Luna*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSEPH LUNA, | Case No.:  3:26-cv-00398-SI |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| FRANK KAIM, LOUIS LAMP, SEASIDE CIVIC & CONVENTION CENTER, | |
| Defendants. | |

PLEASE TAKE NOTICE that attorney D. Ryan Mets hereby enters an appearance as counsel for Plaintiff Joseph Luna ("Plaintiff").  Plaintiff requests that any pleadings and papers be served upon Ms. Healy and Mr. Mets at the address stated below:

///

///

///

///

Page 1 – NOTICE OF APPEARANCE
152647375.2 0099865-10008

MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

DATED: April 13, 2026                    STOEL RIVES LLP


                                         *s/ D. Ryan Mets*
                                         MELISSA J. HEALY, Bar No. 102176
                                         melissa.healy@stoel.com
                                         D. RYAN METS, Bar No. 234680
                                         ryan.mets@stoel.com

                                         *Attorneys for Plaintiff Joseph Luna*

Page 2 – NOTICE OF APPEARANCE
152647375.2 0099865-10008