**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOSEPH LUNA   FILED 17 APR '26 12:07 USDC-ORP | 3:26-cv-00398-SI |

| DEFENDANT | TYPE OF PROCESS DEFAMATION/ |
|---|---|
| LOUIS LAMP | CIVIL RIGHTS VIOLATION/DISCRIMINATION UNDER ADA |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

LOUIS LAMP

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

964 4TH. AVE. VERNONIA, OR 97064

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| JOSEPH LUNA 2065 SE 44TH AVE. #237 HILLSBORO, OR 97123 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case   3 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

503-502-7016

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 503-820-1109 | DATE 3/16/26 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 3 | District of Origin No. 065 | District to Serve No. 065 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) MARK SNYDER (ROOMMATE OF DEFENDANT) | Date 03/23/2026 | Time 1115 | ☑ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy    KALEB ANDERSON  DUSM | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS   KKA 03/24/2026

(1) DUSM; (90) MILES; (2) HOURS: ROOM MATE, MARK SNYDER, ANSWERED DOOR, CONFIRMED LOUIS LAMP RESIDED @ ADDRESS, AND ACCEPTED PROCESS ON HIS BEHALF.

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  LOUIS LAMP

was received by me on *(date)*  03/19/2026  .

☑ I personally served the summons on the individual at *(place)*  Ho

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  MARK SNYDER

_____ , a person of suitable age and discretion who resides there,

on *(date)*  3/23/2026  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date:  03/24/2026

_____
Server's signature

KALEB ANDERSON (DUSM)
Printed name and title

1000 SW 3rd AVE #401 PORTLAND, OR 97204
Server's address

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF JOSEPH LUNA | COURT CASE NUMBER 3:26-CV-00398-SI |
|---|---|
| DEFENDANT FRANK KAIM | TYPE OF PROCESS CIVIL RIGHTS VIOLATION/ DISCRIMINATION UNDER ADA/ IMPERSONATING A FEDERAL AGENT |

FILED 17 APR '26 12:07 USDC-ORP

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FRANK KAIM

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o SEASIDE CIVIC AND CONVENTION CENTER 415 1ST. AVE. SEASIDE, OR 97138

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| JOSEPH LUNA 2065 SE 44TH AVE. #237 HILLSBORO, OR 97123 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case  3 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

503-738-8585

HOURS: 8 AM - 5 PM MONDAY - FRIDAY (NOT AVAILABLE SATURDAYS OR SUNDAYS)

SEASIDE CIVIC AND CONVENTION CENTER 415 1ST. AVE. SEASIDE OR. 97138

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 503-820-1109 | DATE 3/16/26 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 3 | District of Origin No. 025 | District to Serve No. 065 | Signature of Authorized USMS Deputy or Clerk | Date 03/19/2026 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation. etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* BRIAN OWEN (GENERAL MANAGER SEASIDE CONV CENTER) | Date 03/23/2026 | Time 0940 | ☑ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy KALEB ANDERSON  DUSM | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

(1) DUSM (138) MILES (3) HOURS: SUMMONS + COMPLAINT LEFT W/ GENERAL MANAGER WHO CONFIRMED FRANK KAIM STILL WORKED @ CONVENTION CENTER, BUT WAS NOT @ OFFICE AT TIME OF SERVICE.

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  FRANK KATM

was received by me on *(date)*  03/19/2026  .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of ~~abode~~ work with *(name)*  BRIAN QUEN (coordinator)

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/23/2026

_____
Server's signature

KALEB ANDERSON / OUSM
Printed name and title

1000  SW  3RD AVE #401  PORTLAND, OR  97204
Server's address

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF    JOSEPH LUNA | COURT CASE NUMBER    3:26-CV-00398-SI |
|---|---|
| DEFENDANT    SEASIDE CIVIC AND CONVENTION CENTER | TYPE OF PROCESS CIVIL RIGHTS VIOLATION / DISCRIMINATION UNDER ADA |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | SEASIDE CIVIC AND CONVENTION CENTER   Brian Owen |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*    415 1ST. AVE. SEASIDE OR 97138 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| JOSEPH LUNA    2065 SE 44TH AVE. #237    HILLSBORO, OR 97123 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case    3 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

503-738-8585

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER    503-820-1109 | DATE    3/16/26 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process    3 | District of Origin    No. 065 | District to Serve    No. 065 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date    03/23/2026 | Time    0940 | ☑ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy    KALEB ANDERSON   DUSM | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

(1) DUSM ; (138) MILES ; (3) HOURS

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BRIAN OWON

was received by me on *(date)*  3/19/2026 .

☑ I personally served the summons on the individual at *(place)*  415 1ST AVE SEASIDE, OR 97138

on *(date)*  3/23/2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:


My fees are $  for travel and $  for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  3/23/2026

*Server's signature*

KALEB ANDERSON / DUSM
*Printed name and title*


1000 SW 3RD AVE #401 PORTLAND, OR 97204
*Server's address*

Additional information regarding attempted service, etc: