MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiff Joseph Luna*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSEPH LUNA, | Case No.:  3:26-cv-00398-SI |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| v. | |
| FRANK KAIM, LOUIS LAMP, SEASIDE CIVIC & CONVENTION CENTER, | |
| Defendants. | |

### I. L.R. 7-1(A) CERTIFICATION

Pursuant to L.R. 7-1(a), counsel for Plaintiff Joseph Luna conferred with counsel for

Defendants Frank Kaim, Louis Lamp, and Seaside Civic & Convention Center ("Defendants")

via email and Defendants do not oppose this motion.

### II. MOTION

Plaintiff Joseph Luna, through his undersigned counsel, moves the Court for an extension

of time to respond to the pending motion to dismiss or file an amended pleading pursuant to

Page 1 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
152705283.4 0085398-00001

Federal Rule of Civil Procedure 15, until and including June 1, 2026. This additional time is needed as counsel for Plaintiff was only recently retained, is still gathering information, and has pre-existing scheduling conflicts with the current deadlines.

This is Plaintiff's first request for an extension.  This extension is sought in good faith and not for the purpose of delay.

DATED:  April 17, 2026                    STOEL RIVES LLP


*/s/ D. Ryan Mets*
MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com

*Attorneys for Plaintiff Joseph Luna*

Page 2 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
152705283.4 0085398-00001