MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiff Joseph Luna*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSEPH LUNA, | Case No.:  3:26-cv-00398-SI |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION TO AMEND PLEADINGS** |
| v. | |
| FRANK KAIM, individually, LOUIS LAMP, GET OUT THE FLOAT LLC, FURLANDIA ASSOCIATION, CITY OF SEASIDE, and JOHN DOES I-X, individually, | |
| Defendants. | |

## I. L.R. 7-1(A) CERTIFICATION

Pursuant to L.R. 7-1(a), counsel for Plaintiff Joseph Luna conferred with counsel for Defendants Frank Kaim, Louis Lamp, Get Out The Float LLC, and the City of Seaside via email on June 15, 2026, and they do not oppose this motion.

## II. MOTION

Plaintiff Joseph Luna, through his undersigned counsel, moves the Court for leave to amend the First Amended Complaint for the limited purpose of correcting the name of the entity responsible for hosting the Furlandia convention in Portland, Oregon. A redline comparison between the First Amended Complaint and Second Amended Complaint is attached as Exhibit 1 to this motion.

This motion is sought in good faith and not for the purpose of delay.

DATED:  June 22, 2026

STOEL RIVES LLP

*/s/ D. Ryan Mets*
MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com

*Attorneys for Plaintiff Joseph Luna*

152705283.4 0085398-00001