MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiff Joseph*

*Luna*


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSEPH LUNA, | Case No.:  3:26-cv-00398-SI |
| Plaintiff, | **ACCEPTANCE OF SERVICE** |
| v. | |
| FRANK KAIM, individually, LOUIS LAMP, GET OUT THE FLOAT LLC, RAINFURREST ANTHROPOMORPHICS INTERNATIONAL, CITY OF SEASIDE, and JOHN DOES I-X, individually, | |
| Defendants. | |

I, Dallin Snyder, attorney for Defendants Frank Kaim ("Kaim") and the City of Seaside,

affirm that on June 29, 2026, Kaim and the City of Seaside agreed to accept personal service of

true copies of the Second Amended Complaint filed in this action, by Plaintiff Joseph Luna, and

to waive defects of manner or method of such service. By accepting service, Kaim and the City

of Seaside do not waive, and expressly preserve and retain, all other rights and defenses.


Page 1 – ACCEPTANCE OF SERVICE
153441407.2 0085398-00001

DATED:  July 7, 2026                    MONTOYA LAW, LLC


*Dallin M. Snyder*
_____
DALLIN SNYDER, OSB No. 256020
350 Mission Street SE, Suite 202
Salem, Oregon 97302
Tel:  (503) 990-8436
Email: dallin@montoyalaw.org

Page 2 – ACCEPTANCE OF SERVICE
153441407.2 0085398-00001