MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiff Joseph*

*Luna*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSEPH LUNA,<br><br>        Plaintiff,<br><br>     v.<br><br>FRANK KAIM, individually, LOUIS LAMP, GET OUT THE FLOAT LLC, RAINFURREST ANTHROPOMORPHICS INTERNATIONAL, CITY OF SEASIDE, and JOHN DOES I-X, individually,<br><br>        Defendants. | Case No.:  3:26-cv-00398-SI<br><br>**ACCEPTANCE OF SERVICE** |

I, Will Riddell, attorney for Defendants Louis Lamp ("Lamp") and Get Out The Float LLC, affirm that on June 29, 2026, Lamp and Get Out The Float, LLC, agreed to accept personal service of true copies of the Second Amended Complaint filed in this action, by Plaintiff Joseph Luna, and to waive defects of manner or method of such service. By accepting service, Lamp

Page 1 – ACCEPTANCE OF SERVICE
153441964.3 0085398-00001

and Get Out The Float, LLC do not waive, and expressly preserve and retain, all other rights and defenses.

DATED:  June 29, 2026

RIDDELL LAW

WILL RIDDELL, OSB No. 195635
1491 Commercial St SE
Salem OR  97302
Telephone:  (503) 269-8961
Email: will@riddell.lawyer

153441964.3 0085398-00001