Docusign Envelope ID: C8CB209F-BDE4-8DAB-83C7-02ABD2748D67

**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97301
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendant Louis Lamp


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **JOSEPH LUNA**, <br><br> Plaintiff, <br><br> v. <br><br> **FRANK KAIM**, individually; **LOUIS LAMP**, individually; **GET OUT THE FLOAT LLC**; **RAINFURREST ANTHROPOMORPHICS INTERNATIONAL**, the **CITY OF SEASIDE**, and **JOHN DOES I-X,** individually, <br><br> Defendants. | **Case No.** 3:26-cv-00398-SI <br><br><br> **DECLARATION OF MICHAEL CACIOPPO SUPPORTING SPECIAL MOTION TO STRIKE** |

**DECLARATION**

I, Michael Cacioppo, hereby declare as follows:

**1.**    I am over the age of eighteen, competent to testify, and have personal knowledge of the facts stated in this declaration.

**2.**    I am a volunteer staff member with Get Out The Float. I have been friends with Louis Lamp for nearly 2 decades and have been volunteering with him since 2019.

Page 1 – **Declaration of Michael Cacioppo Supporting Special Motion to Strike**

Docusign Envelope ID: C8CB209F-BDE4-8DAB-83C7-02ABD2748D67

**3.**     I am currently the director of the inflatables department of Get Out The Float, a position that was formerly the "Lead/Managing Toysitter" which was my title in 2024. Part of my duties is managing our main event space and the staff in that event space.

**4.**     I met Plaintiff Joseph Luna in 2024 when he was assigned to my staff. He had his dog with him while on staff and he volunteered the information to me that his dog was a "service animal," which I did not vocally question.

**5.**     However, I was raised around service animals. Starting around age 10 or 11 my eldest sister Jen started training dogs for Guide Dogs for the Blind. While she was the main trainer, all members of my family had to do our part to keep the training on track.

**6.**     I frequently helped my sister with strict instruction and I occasionally attended the group training sessions where there were 10 or more other puppies in training with their trainers. Through our efforts, the first dog we trained passed his final test with flying colors and went on to become a fully licensed guide dog until he retired.

**7.**     Over the years, my sister has continued to train guide dogs and service dogs through Guide Dogs For the Blind and Little Angel Service Dogs. Needless to say, I have had a lot of exposure to what service animals go through in their training and what behavior is expected of these animals.

**8.**     Right away, Scout did not strike me as a service animal, starting with his breed of a blue heeler. In my experience, at least from the guide dog side of the industry, only certain breeds of dogs are used due to temperament and intelligence, breeds such as black and yellow lab, golden retriever, and German shepard. These are the gold standard breeds for guide dogs, and most companies have their own or work with specialized breeding programs focused on service dogs.

Page 2 – **Declaration of Michael Cacioppo**
**Supporting Special Motion to Strike**

Docusign Envelope ID: C8CB209F-BDE4-8DAB-83C7-02ABD2748D67

9.    It therefore struck me as odd that a dog breed known to have a poor aptitude for service work would be a service animal. However, there are always exceptions to the rule, so I said nothing.

10.    Additionally, throughout the weekend, I observed several behaviors from Scout that were contrary to what I expect from service animals based on my personal experience and familiarity with them. Some of the behaviors I observed were subtle and others not so much, such as a whine, or a growl or bark while on duty. When properly trained, a service animal is usually not noticeable as they sit quietly focused on their job.

11.    Scout was also off leash while on duty. While on duty, a service animal is on leash, and at least in the case of guide dogs, a service animal walks on the right side of their owner and is matching pace and never pulling or lunging. This disciplined type of behavior is not what I observed with Scout.

12.    Scout appeared to be easily distracted and reactionary, which are not behaviors I associate with service dogs, because service dogs go through rigorous training to desensitize them to outside distractions of all kinds.

13.    Service dogs are also incredibly smart. When they have the vest on, it is like a suit and tie, and they know they are working and take their jobs seriously. A professionally trained service dog is completely under the control of its owner at all times. Scout did not appear to be under Plaintiff's control.

14.    In 2025, I was not present for the incident that resulted in Plaintiff being asked to leave. I arrived after the incident. However, the I was told that Scout growled and lunged at an attendee, which indicated that Scout was not under control and had become disruptive and dangerous. That was the end of the involvement with the dog.

Page 3 – **Declaration of Michael Cacioppo**
**Supporting Special Motion to Strike**

Docusign Envelope ID: C8CB209F-BDE4-8DAB-83C7-02ABD2748D67

**15.**    When I arrived Thursday afternoon, Louis Lamp was very clearly on edge, visibly stressed, and shaken. There was an increased security presence and Mr. Lamp was being escorted by at least one other staff member everywhere he went for his safety.

**16.**    I have never seen Mr. Lamp afraid like this and have not seen it since. Plaintiff was supposed to be in my staff at the convention, so the situation was explained to me and I was informed that Plaintiff had become hostile when asked to leave. Eventually, he escalated to engaging in threatening behavior including death threats personally directed towards Mr. Lamp. It was this aggressive and threatening response to the request he remove his dog from the property that was the basis for the convention choosing to pull the Plaintiff's badge and access to the convention, and later enacting a permanent ban from the convention.

**17.**    The harassment from Plaintiff directed at the convention, convention center, and Mr. Lamp continued throughout the weekend to the point that on Saturday morning during breakfast I told Mr. Lamp he did not look well, at which point he admitted he had not been sleeping. At this point, I told him to go back to his room and stay there to get rest. I then advised my fellow staff of this and asked them not to disturb him.

**I hereby declare under penalty of perjury that this declaration is true and correct to the best of my knowledge and belief and that I understand it will be used as evidence in court.**

Dated July 10, 2026.

Signed by:

_____
**Michael Cacioppo**

Page 4 – **Declaration of Michael Cacioppo**
**Supporting Special Motion to Strike**

Docusign Envelope ID: C8CB209F-BDE4-8DAB-83C7-02ABD2748D67

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Declaration of Michael Cacioppo Supporting Special Motion to Strike** on the following persons on **July 10, 2026**, in the manner described below:

Melissa J. Healy
760 S.W. Ninth Ave., Suite 3000
Portland, Oregon 97205
Phone: 503-294-9263
Email: melissa.healy@stoel.com
Pro Bono Counsel for Plaintiff

□ by hand-delivery
□ by facsimile
□ by first class mail
□ by e-mail
X by electronic service

Kenneth S. Montoya
350 Mission Street SE, Suite 202
Salem, Oregon 97302
Phone: (503) 990-8436
Email: kenny@montoyalaw.org
Counsel for Defendant City of Seaside
and Defendant Frank Kaim

□ by hand-delivery
□ by facsimile
□ by first class mail
□ by e-mail
X by electronic service

Dated July 10, 2026.

*s/ Will Riddell*
**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97302
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendant Louis Lamp

Page 5 – **Declaration of Michael Cacioppo
Supporting Special Motion to Strike**