Docusign Envelope ID: 06DA633F-7529-8979-827B-1A75D60C8612

**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97301
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendant Louis Lamp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **JOSEPH LUNA**, <br><br> Plaintiff, <br><br> v. <br><br> **FRANK KAIM**, individually; **LOUIS LAMP**, individually; **GET OUT THE FLOAT LLC**; **RAINFURREST ANTHROPOMORPHICS INTERNATIONAL**, the **CITY OF SEASIDE**, and **JOHN DOES I-X,** individually, <br><br> Defendants. | **Case No.** 3:26-cv-00398-SI <br><br> **DECLARATION OF JASON FELIX SUPPORTING SPECIAL MOTION TO STRIKE** |

**DECLARATION**

I, Jason Felix, hereby declare as follows:

**1.** I am over the age of eighteen, competent to testify, and have personal knowledge of the facts stated in this declaration.

**2.** I attended the Get out the Float convention on February 6, 2025. During my attendance that day, I remember an incident involving Plaintiff Joseph Luna where his dog was acting unruly.

Page 1 – **Declaration of Jason Felix Supporting Special Motion to Strike**

Docusign Envelope ID: 06DA633F-7529-8979-827B-1A75D60C8612

**3.** I remember seeing Mr. Luna's dog tangle himself with another person and barking at another member at the event that day.

**4.** I also remember that it was difficult to remove Mr. Luna and that the staff at the convention center mentioned that he was very upset.

**5.** Later that day I remember that the Mayor of Seaside got involved because Mr. Luna called the Mayor's office and many other people to complain and threaten the event. The incident caused distress for the event's organizer, Louis Lamp.

**6.** I remember providing emotional support services and emergency operations support because Mr. Lamp was unable to perform his duties due to emotional distress.

**I hereby declare under penalty of perjury that this declaration is true and correct to the best of my knowledge and belief and that I understand it will be used as evidence in court.**

Dated July 9, 2026.

Signed by:

*Jason Felix*

F12793254E6B462...

**Jason Felix**

Page 2 – **Declaration of Jason Felix Supporting Special Motion to Strike**

Docusign Envelope ID: 06DA633F-7529-8979-827B-1A75D60C8612

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Declaration of Jason Felix Supporting Special Motion to Strike** on the following persons on **July 10, 2026**, in the manner described below:

| | |
|---|---|
| Melissa J. Healy<br>760 S.W. Ninth Ave., Suite 3000<br>Portland, Oregon 97205<br>Phone: 503-294-9263<br>Email: melissa.healy@stoel.com<br>Pro Bono Counsel for Plaintiff | □ by hand-delivery<br>□ by facsimile<br>□ by first class mail<br>□ by e-mail<br>X by electronic service |
| Kenneth S. Montoya<br>350 Mission Street SE, Suite 202<br>Salem, Oregon 97302<br>Phone: (503) 990-8436<br>Email: kenny@montoyalaw.org<br>Counsel for Defendant City of Seaside<br>and Defendant Frank Kaim | □ by hand-delivery<br>□ by facsimile<br>□ by first class mail<br>□ by e-mail<br>X by electronic service |

Dated July 10, 2026.

*s/ Will Riddell*
_____
**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97302
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendant Louis Lamp

Page 3 – **Declaration of Jason Felix Supporting Special Motion to Strike**