Docusign Envelope ID: 48DB0D69-64D6-85FB-8148-7829CB295A9A

**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97301
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendant Louis Lamp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **JOSEPH LUNA**, <br><br> Plaintiff, <br><br> v. <br><br> **FRANK KAIM**, individually; **LOUIS LAMP**, individually; **GET OUT THE FLOAT LLC**; **RAINFURREST ANTHROPOMORPHICS INTERNATIONAL**, **the CITY OF SEASIDE**, and **JOHN DOES I-X**, individually, <br><br> Defendants. | **Case No.** 3:26-cv-00398-SI <br><br> **DECLARATION OF LUCA GIOVANNI FILECCIA SUPPORTING SPECIAL MOTION TO STRIKE** |

**DECLARATION**

I, Luca Giovanni Fileccia, hereby declare as follows:

**1.** I am over the age of eighteen, competent to testify, and have personal knowledge of the facts stated in this declaration.

**2.** During Get out the Float 2025, I was assisting Mr. Lamp as part of the GOTF staff. Among other things, I was one of the Senior Operational Staff, and also the Coordinator for various vendors at the event.

Page 1 – **Declaration of Luca Giovanni Fileccia Supporting Special Motion to Strike**

**3.**     During vending hours, I was vending at my table in the hallway, alongside other vendors. I was aware that Plaintiff Joseph Luna had been permitted to bring with him what he claimed to be a service animal, a dog. I saw Plaintiff walking with the dog throughout the event space. The dog did not appear to be behaving in a manner I would expect a service animal to behave.

**4.**     While I was vending, I witnessed Plaintiff walking with the dog toward the exit doors. As Plaintiff passed the bathroom doors, the dog began to bark and act aggressively toward another guest who at the time was in costume. To the best of my recollection, it appeared the dog had attempted to bite the guest before being restrained.

**5.**     The dog's behavior startled a number of guests who were directly beside Plaintiff and the dog. From my own training and understanding of service animals, I found the dog's behavior to be highly irregular. As a result, I radioed for our safety team, called F.L.A.R.E., to assess the situation and act as incident response.

**6.**     During my debriefing after vending hours, I was told by other staff members that the dog had also apparently behaved inappropriately at other points throughout the event. I was also told that Plaintiff was asked to not bring the dog back, as the dog's behavior was deemed unsafe.

     **I hereby declare under penalty of perjury that this declaration is true and correct to the best of my knowledge and belief and that I understand it will be used as evidence in court.**

Dated July 10, 2026.

Signed by:

_____
**Luca Giovanni Fileccia**

Page 2 – **Declaration of Luca Giovanni Fileccia**
**Supporting Special Motion to Strike**

Docusign Envelope ID: 48BB0D69-64D6-85FB-8148-7829CB295A0A

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Declaration of Luca Giovanni Fileccia Supporting Special Motion to Strike** on the following persons on **July 10, 2026**, in the manner described below:

Melissa J. Healy
760 S.W. Ninth Ave., Suite 3000
Portland, Oregon 97205
Phone: 503-294-9263
Email: melissa.healy@stoel.com
Pro Bono Counsel for Plaintiff

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☐ by e-mail
X by electronic service

Kenneth S. Montoya
350 Mission Street SE, Suite 202
Salem, Oregon 97302
Phone: (503) 990-8436
Email: kenny@montoyalaw.org
Counsel for Defendant City of Seaside
and Defendant Frank Kaim

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☐ by e-mail
X by electronic service

Dated July 10, 2026.

_s/ Will Riddell_
**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97302
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendant Louis Lamp

Page 3 – **Declaration of Luca Giovanni Fileccia
Supporting Special Motion to Strike**