**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97301
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendant Louis Lamp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **JOSEPH LUNA**, <br><br> Plaintiff, <br><br> v. <br><br> **FRANK KAIM**, individually; **LOUIS LAMP**, individually; **GET OUT THE FLOAT LLC**; **RAINFURREST ANTHROPOMORPHICS INTERNATIONAL**, **the CITY OF SEASIDE**, and **JOHN DOES I-X**, individually, <br><br> Defendants. | **Case No.** 3:26-cv-00398-SI <br><br> **DECLARATION OF KRYSTOFER DUBLINSKI-MILTON SUPPORTING SPECIAL MOTION TO STRIKE** |

**DECLARATION**

I, Krystofer Dublinski-Milton, hereby declare as follows:

**1.** I am over the age of eighteen, competent to testify, and have personal knowledge of the facts stated in this declaration.

**2.** I am the Chair of the Furlandia Convention. In that role, I help organize and manage the convention and its volunteers. I also attended the Get out the Float Convention in February of 2025, which was organized by Louis Lamp.

Page 1 – **Declaration of Krystofer Dublinski-Milton Supporting Special Motion to Strike**

**3.** On February 9, 2025, Louis Lamp told me about an incident with Joseph Luna. Mr. Lamp said that Mr. Luna threatened Get Out the Float (GOTF), Seaside Civic & Convention Centre (SCCC), Mr. Lamp himself, and a few of the staff of SCCC.

**4.** Many people that attended the Get out the Float Convention also attend the Furlandia Convention, so I learned about what happened with Joseph Luna from several different sources. I learned that there was a situation involving Mr. Luna's dog, and the situation quickly escalated because of Mr. Luna's behavior. Mr. Luna's dog barked and growled multiple times at one of the attendees of the GOTF Convention, and the dog was so aggressive with his barking and growling that the convention center staff told Joseph Luna he had to leave the convention center. After putting his dog away, Joseph Luna came back and threatened Louis Lamp and some of the staff of the SCCC.

**5.** As we approached the dates for Furlandia 2025, I learned that Joseph Luna wanted to volunteer for our convention. Due to the situation with GOTF, we thought it best to not allow Joseph Luna to volunteer in 2025.

**6.** Once our convention was over we focused on Furlandia's Summer BBQ. The event occurred on Sunday, July 6, 2025, and Joseph Luna came with his dog. Once again, his dog was off leash and it was clearly bothering many of our attendees.

**7.** Since I was the Chair of Furlandia 2026, it was my responsibility to talk with Joseph Luna about the situation. I told him that our barbeque was a private event at a park that had rules requiring leashes for dogs, so Mr. Luna either had to put his dog on a leash or leave the event. Mr. Luna got angry and started quoting what he claimed to be the laws of service animals and claimed that he had the right to not have his dog on a leash. He then brought up the situation with GOTF, and I told him that had nothing to do with our event today.

Page 2 – **Declaration of Krystofer Dublinski-Milton Supporting Special Motion to Strike**

**8.** I told Mr. Luna that it was important that we helped people feel comfortable around his dog and comply with the park's rules, which required that Mr. Luna put his dog on a leash. Mr. Luna continued to refuse, and after approximately 30 or 40 minutes of arguing, he finally decided to leave our event.

**9.** As the year progressed, we started planning for Furlandia 2026.  By September 2025, Louis Lamp had agreed to be a part of our staff. By January of 2026, Joseph Luna was also wanting to volunteer at Furlandia 2026.

**10.** Because of Joseph Luna's threats of violence directed at Louis Lamp, I felt that kind of animosity was not needed or appropriate for our event. As a result, I told our Volunteer Coordinator to not allow Joseph Luna to volunteer. We are a private event, and we have the authority to not allow people to volunteer when we believe they may act violently, disrupt the event, or threaten other event attendees or our staff.

**11.** After I made this decision, I started getting emails from Joseph Luna claiming that his dog is a legitimate service animal and that I do not have the right to prevent him from volunteering. He appeared to think that he was banned because of his arguments at the barbeque. However, according to Furlandia's Code of Conduct, harassment is anything that annoys another person and that includes threatening to harm someone.

**12.** Since Joseph Luna threatened Louis Lamp, a Furlandia staff member, I concluded that he violated our Code of Conduct and that his violation justified preventing him from volunteering. We never told him not to come to Furlandia 2026. We told him only that he could not volunteer.

**13.** Joseph Luna proceeded to send more emails to both myself and our Volunteer Coordinator to harass us about this situation. He was still doing this even up to four weeks before Furlandia 2026.

Page 3 – **Declaration of Krystofer Dublinski-Milton Supporting Special Motion to Strike**

**14.** True and correct copies of the emails I received from Joseph Luna and the emails he sent to our Volunteer Coordinator are attached to this declaration as Ex. 03.

Dated July 9, 2026.

DocuSigned by:

9D15A612CA76422...

**Krystofer Dublinski-Milton**

Page 4 – **Declaration of Krystofer Dublinski-Milton Supporting Special Motion to Strike**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Declaration of Krystofer Dublinski-Milton Supporting Special Motion to Strike** on the following persons on **July 10, 2026**, in the manner described below:

|  |  |
|---|---|
| Melissa J. Healy<br>760 S.W. Ninth Ave., Suite 3000<br>Portland, Oregon 97205<br>Phone: 503-294-9263<br>Email: melissa.healy@stoel.com<br>Pro Bono Counsel for Plaintiff | □ by hand-delivery<br>□ by facsimile<br>□ by first class mail<br>□ by e-mail<br>X by electronic service |
| Kenneth S. Montoya<br>350 Mission Street SE, Suite 202<br>Salem, Oregon 97302<br>Phone: (503) 990-8436<br>Email: kenny@montoyalaw.org<br>Counsel for Defendant City of Seaside<br>and Defendant Frank Kaim | □ by hand-delivery<br>□ by facsimile<br>□ by first class mail<br>□ by e-mail<br>X by electronic service |

Dated July 10, 2026.

*s/ Will Riddell*

**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97302
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendant Louis Lamp

Page 5 – **Declaration of Krystofer Dublinski-Milton Supporting Special Motion to Strike**

Docusign Envelope ID: 5C7C964E-209D-8C4C-8079-6D0AB582DCB5

From: **'Joseph Luna' via FL - Chair** <chair@furlandia.org>
Date: Wed, Feb 4, 2026 at 3:49 AM
Subject: evidence/proof of innocence
To: chair@furlandia.org <chair@furlandia.org>

please look through everything
1. does the code of conduct violation i supposedly committed pertain to the ban letter i received (photo 281cd3d8)
 my belief is that the convention center staff had some kind of grudge or vendetta or whatever from the prior year when i had my service dog off leash but he was stationary on his dog bed. no one had said anything to me then Baph comes up to me saying that i've been given multiple warnings to leash my service dog when again, no one said anything about leashing my service dog until Baph came up to me
        the only time my service dog barked was when he saw the person in the dragon suit approaching my blindside either for a. bark alerting that someone is approaching my blindside (because of my diabetic retinopathy: screenshot example of diabetic retinopathy, retinopathy is where a vessel or vessels leak/ed blood into the eye causing the blocked/blurred vision) or b. got scared of the dragon suit and barked (elongated bark lasting 3 to 4 seconds, not multiple barks that would classify as excessive: screenshot 153934). 10 to 15 minutes later i was approached by 2 convention center staff members (1 with name on shirt and the other didn't) Frank starting the conversation with "you need to remove your pet from the premises" since Frank started with calling my service dog a pet my reply was "hes a service dog" his reply then was "I've been a member of the ADA for 7 years and a service dog can't bark" (screenshot 071412) i didn't reply to Frank but knowing what the ADA states i pulled out my phone to search on ada.gov for (screenshot 153934) but before i could pull up the ada ruling the other (unknown name) convention center staff member said "the event coordinator wants you removed" before i could respond they darted out the door to get Baph (stating i was refusing to leave to Baph when in actuality was trying to get what the "legitimate" reason for the removal of my service dog, not refusing) a couple seconds later as i was still trying to pull up the ada ruling Baph came into the room and was rush escorting me out. as i was trying to search for the ruling still along with trying to give an explanation that my service dog might have just gotten scared by the dragon suit i didn't hear much of what Baph said to me remembering one small part of "just go to the hotel and stay (or relax) in there, don't worry about your volunteer shift" went to my vehicle and pulled up (screenshots 091801, 153934, 153811) before contacting non-emergency police. after talking with the officer and even the officer saying to me that i couldn't have been trespassed i left my service dog in my vehicle (since the main problem was with my service dog) and went back into the convention center where GOTF registration was asking to talk with Baph to show him that my rights are being violated if he wants to proceed with trespassing me
in no way possible could i have been immediately trespassed because of (screenshot 091801) no legitimate reason was given for the removal
i had asked alan/wolfdog/zalris once he returned home what the reason was for my removal if Baph told him, he told me that it was my service dog barking and growling all day along with a complaint of someone having a fear of dogs (screenshot 091632) that i was removed.

2. or, is the code of conduct violation your referring to my supposed "block evasion"
        after alan/wolfdog/zalris told me what Baph's reason was for removing me the ONLY thing i asked him was to share (after showing alan/wolfdog/zalris) the ada.gov rulings pertaining to everything that happened. the same had happened when i received the ban letter, my ONLY statement being "i don't

happened. the same had happened when i received the ban letter, my ONLY statement being "i don't know if you want to tell Baph or not but with this vague ban letter it would not legitimately hold up in court (under the impression that the convention center wanted me at the time removed), they would ask what the original reason for my removal was so i may have to include Baph in my lawsuit" (other roommate Brett/sonicblu backing me stating the same (and his education in law himself)) in no way was i EVER "over his shoulder", "forcing", "pestering", etc that he claims in his messages to others, as i said i Only showed him the facts of the laws when info was coming in Only stating "if he wants to" he never said to "leave him alone", "go away", etc (since it was all verbal conversation and i didn't audio record the conversation i can't provide proof). if he did request so i would have obliged but his only statement to me was "i don't want to send too many messages to Baph, keep it short" i stated "just take a screenshot of what i'm showing you with a brief explanation then, IF YOU WANT(<didn't yell, just emphasizing)"

   i was never "blocked" by Baph (screenshot 083200, 081950: in 081950 1.2.3.5. don't apply or haven't tried, 4.and 6.apply as i can see can still see profile picture and time of when last online instead of stating "user last on a long time ago" in 083200 you can see i've included timestamp (bottom right) showing current, when Baph blocked alan/wolfdog/zalris he couldn't see Baph's picture or last time online) i simply just didn't send another message after 2/19/25, whether Baph forgot to block me or Baph is lying, the fact remains by the proof i'm showing he hasn't blocked me. this brings me to (screenshots 083520, 083450, 083430, 083408) when i tried to volunteer for furlandia 2025 but was removed. as i was communicating with mutterwolf the last message sent was asking why i was removed but got no response (screenshots 081423, 081501) i asked alan/wolfdog/zalris (since he was still in the chat) if he could help me and find out why i was removed. i didn't get the response from mutterwolf to contact [chair@furlandia.org](chair@furlandia.org) but alan/wolfdog/zalris did and i asked him if he could start the email for me with my contact info (at the time i didn't know how to send an email to someone but could reply to emails i received as i didn't really use my email much) couple weeks later as i was checking my email i had asked alan/wolfdog/zalris if he got a response either, since he didn't i said "maybe it got lost or something, could you try to send another email" (instead of showing or telling me how to send an email just made the comment of "its easy"). a little bit later alan/wolfdog/zalris got the messages from queen (screenshots 083520, 083450, 083430) and after alan/wolfdog/zalris sent me what was said i tried to send a message myself to queen along the line of "when you have some time could i talk to you" where i was going to not essentially talk, but show the proof that Baph hasn't blocked me (screenshot 083200) a day to 3 days later i noticed queen was completely removed from my telegram (otherwise i would have shared a screenshot/photo of what i sent)

   again, alan/wolfdog/zalris never said "no", "go away", "contact Baph yourself" (thus why as well i didn't send any other messages to Baph), etc , just "i don't want to send too many messages". if what queen said is true (we have carefully looked into this and confirmed the issue) was it only shown by Baph the text message between him and alan/wolfdog/zalris then by Baph's word (hear say with no proof) that i (kebayena) was blocked by him. if thats how it was "carefully looked into" then it wasn't investigated properly (not saying that i hate queen or have a "bone to pick" with them or any other GOTF volunteer, the problem stems from (to my understanding) alan/wolfdog/zalris, Baph, and (convention center employee) frank kaim, alan/wolfdog/zalris being the start of the whole problem. queen's reply's are completely legit IF ONLY from alan/wolfdog/zalris's reply's were true)

3. 2024 GOTF "incident?" and Furlandia park BBQ
     as i've stated my belief, the incident at GOTF 2024, due to my neuropathy/nerve damage (photo: neuropathy-types : peripheral and proximal apply to me (highlighted blue areas): upper and lower arms and legs : may have nerve pain/muscle pains and muscle weakness in effected areas) i had my service dog off leash which remained close to me and was on his dog bed. seeing as it wasn't too busy yet i asked the other volunteers positioned with me (bounce house check) if it "would be okay to take out my service dog really quick to see if he needs to "potty" before it gets busy since its not busy yet". with my service dog (still off leash) 6 to 8 feet in front of me (heading towards the main doors) a convention center staff member asked "whos dog is this" and i replied "mine, hes a service dog". the staff member didn't reply to me, just walked away as i took my service dog outside. (still off leash) once finished i returned to my volunteer position (pointing to my service dog's bed) and told my service dog to "place" (signaling him to lay down) and he did so. some time later other convention staff were passing by with carts (my assumption to stock the convention center's concession stand with food and drink(after another staff member's comment)). as the carts were passing by i had my service dog in a sitting DPT position (DPT: deep pressure therapy). shortly after (screenshot 084019) kaze took the photo i set my service dog down

on the floor and telling him to "place". my service dog chose to "place" on his bed. some more carts passed by but 1 female staff member passing by stopped for a moment (spotting the retractable leash on top of the table) saying to me "we're passing by with food on these carts and your dog is off leash and could get into the food" i replied to her "multiple carts have passed by already and he hasn't moved from his bed, he is a service dog" she didn't reply just continued to carry on (only time leash was mentioned). i was either finished with my volunteer shift or was going to use the restroom but as i was walking towards the door Baph came into the room saying to me "i'm being told you've been given multiple warnings to already to leash your dog so please leash your dog or i'm going to have to remove you" i replied "no one has said for me to leash him, this is the first i'm hearing of this"

 (screenshots 152130, 153339 : 152130 ignore the part of "safe performance", doesn't apply to me. generally yes, service dogs need to be leashed and harnessed and a majority of the time i do that but, because of my neuropathy it allows me to have him "hands off" or "off leash" when i'm having complications with my neuropathy. also the reason why i placed him on the floor after the DPT position)

 (screenshots 083546, 081501) since Baph was claiming my service dog to be aggressive and after receiving the email for the park BBQ i wanted to not just attend but prove the claim is false (as you saw yourself on the day of the BBQ) the same applies when i attended the park BBQ (screenshots 152130, 153339, 153811, 153934) after our discussion and at the time when i re-leashed(to "keep the peace") my service dog my neuropathy wasn't effecting me as harshly but just understand that if i wanted to keep him un-leashed i could have done so

4. lies, lack of information, manipulation, misleading, deceit, defamation, to get what he wants, injecting his opinion over facts or even bothering to get info

 what (little) i have proof for: (screenshots 084337, 084304, 084158, 084103, 083949, 083848, 083744, 083723, 083653, 083628) conversation between me and alan/wolfdog/zalris after i got home instead of checking out the next morning (screenshot 083200 Baphs message of "your reservation has been changed, you will check out from the hotel tomorrow morning") the beginning part of 084337 is me asking alan/wolfdog/zalris how to take a screenshot on my phone so i can take screenshots from ada.gov for him to show Baph. after is when i was home taking photos of ada.gov for alan/wolfdog/zalris to show to Baph (had a freakout in my one message, Scout doing DPT preventing panic attacks before i drove).

 (screenshot 083628) my best "example" of alan/wolfdog/zalris injecting his opinion once i've "called him out". (screenshot 080617) is what alan/wolfdog/zalris is referring to "cheat the system". for the purpose of housing scout while he was in-training i got this ESA letter and "cheated the system" by having the ESA letter without getting the doctors note (alan/wolfdog/zalris "twisting words"). recently acquired another dog that i'm doing the same with (screenshot 080504) but with tika i got the doctors note. the reason for scout's doctor note (screenshot 080541) under the fair housing act a reasonable accommodation (due to my neuropathy i had scout off leash sometimes when taking him out to "potty" and other residents complained to management about it prompting a doctors note for "reasonable accommodation" under FHA ruling). for the rest of alan/wolfdog/zalris message (screenshots 153156, 070142, 070001)

 (screenshot 083546) after alan/wolfdog/zalris shared this with me i put 2 and 2 together. after arriving at the hotel checking in and bringing our belongings into the room alan/wolfdog/zalris left the room while i remained passing out shortly after he left. once alan/wolfdog/zalris returned i was awoken by my service dog growling, then as alan/wolfdog/zalris opened the door my service dog barked a couple times. just a little bit later as alan/wolfdog/zalris closed his laptop screen and stood up told me "i'll be right back again i'm going downstairs to talk with Baph real quick". after his talk with Baph and he returned to the room again is when he told me that hes going to get a room to himself tomorrow because of scout's barking, i replied (not the only time i've mentioned) "maybe if you weren't aggressive with scout he wouldn't bark and growl at you so much". unknown what was said in the talk alan/wolfdog/zalris had with Baph but i'm 100% sure he didn't mention that scout is an alert dog or even the mention how aggressive he is with scout, slapping, kicking, and yelling at scout for him simply alerting to me or just a normal dog behavior when he hears a door open or a knock. even when he returned from GOTF he was yelling and tried to kick scout saying "shut the fuck up, you've caused enough problems". alan/wolfdog/zalris is extremely lucky that scout never decided to bite him when he was aggressive towards scout and if scout did it would have been because he provoked him (screenshot 153934: if you provoke a service dog not just a bark but they could growl or even bite).(screenshot 061152) hotel room isn't public and this happened in the hotel room (hotel being well aware my dog is

**Ex. 03, Pg. 003**

service as i had to fill out the hotels service dog form) so with what happened between at the hotel room and at the convention center, they can't be linked together as to why i was trespassed and removed, or did i even break any code of conduct, AND on top of that alan/wolfdog/zalris sparking the whole problem to begin with with his misleading complaint. (why even make the complaint to Baph to begin with, (if you get what i mean) the hotel is about the same as our apartment. alan/wolfdog/zalris doesn't go to the apartment management to complain when scout bark/s, why at the hotel)

what i can say but don't have proof of: (screenshot 083628) as in my message "because I know you've been telling the food banks and other places we've gone to that scout isn't a S.A.". places that we've gone to, being food banks, grocery store, walmart, goodwill, etc, alan/wolfdog/zalris has told them that scout isn't a service dog trying to cause a problem. (screenshot 083450) as an example when queen asks "did you ask keba to leave" alan/wolfdog/zalris is lying, "painting a picture" of me being the asshole.

although it may have been true he didn't want complaints from the hotel, in his replies to others hes lying trying to make himself "look good" making it seem hes being harassed "painting a picture" of me through lies, lack of information, manipulation, etc.

(anthro weekend utah) AWU2019 alan/wolfdog/zalris has tried to pull the same "game". while i was volunteering i was approached by staff saying "we're hearing that your dog isn't "in training" to be a service dog" i ask "who is saying this" staff reply "your roommate". as i've said about us going to the food banks the similar had happened like AWU, alan/wolfdog/zalris didn't go with me sometimes to the food banks but one of the times he didn't go with me one of the "helpers" came up to me asking "is your dog a service dog because your roommate is saying they aren't" i then replied and asked "he is a service dog and he medically alerts, which roommate said this" helpers reply "i don't remember their name but they wear glasses" as our other roommate brett/sonicblu doesn't wear glasses i immediately knew it was alan/wolfdog/zalris.            our roommate brett/sonicblu can confirm as well how alan/wolfdog/zalris "was"(he moved out) if you would like to contact him. email: sonicblu@yahoo.com

5. hopefully with my evidence/explanation/example/screenshot/proof/ruling/law 's i've shown you, this can clear the accusation against me.

i've included (screenshot 080652) of my medications if you'd like to look at the names of each one and research how each correspond with my disability

sorry if this email is a little sloppy, not the best at putting words together

(adding) there was one instance where scout "bit" alan/wolfdog/zalris, he wanted a ride somewhere as i was asleep and decided to wake me up by kicking me (with steel toe boots), causing a hairline fracture on my right femur. after kicking me awake, saying he wanted a ride right now then walked away, as he was walking away scout "chased" after and "nipped" the back of his leg

as alan/wolfdog/zalris was telling me what was said and such all i asked him to do was send a screenshot/photo off of ada.gov but instead of sending the screenshot/photo he sent messages



Hello Joseph / KebaYena,

This letter is to inform you that you have been permanently banned from Get Out the Float (GOTF). During GOTF 2025, you were removed from the premises on Thursday, February 6, 2025 by the Seaside Civic & Convention Center staff and the convention chair. After your removal from the convention center, you returned later in the day to dispute your removal with GOTF registration volunteers.

**Expulsion from Event by Venue or Hotel**
*If you are expelled from the hotel or other venue for violation of their rules, you immediately forfeit your event membership, must surrender your badge, and will receive no refund. Attendees who commit vandalism or conduct themselves in such a way that is grossly offensive to the venue or hotel staff may also be subject to long-term bans from future GOTF events.*

As a result, you have been permanently banned from attending Get Out The Float. You may make a written appeal for this ban after March 1st, 2026. No appeals will be reviewed before that date.

You are also permanently banned from volunteering at Get Out the Float. No appeals will be accepted.

Sincerely,

Louis Lamp
Founder
Get Out The Float



Normal Vision



Diabetic Retinopathy

**Ex. 03, Pg. 005**



A service animal must be under the control of its handler. Under the ADA, service animals must be harnessed, leashed, or tethered, unless the individual's disability prevents using these devices or these devices interfere with the service animal's safe, effective performance of tasks. In that case, the individual must maintain control of the animal through voice, signal, or other effective controls.

## Inquiries, Exclusions, Charges, and Other Specific Rules Related to Service Animals

When it is not obvious what service an animal provides, only limited inquiries are allowed. Staff may ask two questions: (1) is the dog a service animal required because of a disability, and (2) what work or task has the dog been trained to perform. Staff cannot ask about the person's disability, require medical documentation, require a special identification card or training documentation for the dog, or ask that the dog demonstrate its ability to perform the work or task.

- Allergies and fear of dogs are not valid reasons for denying access or refusing service to people using service animals. When a person who is allergic to dog dander and a person who uses a service animal must spend time in the same room or facility, for example, in a school classroom or at a homeless shelter, they both should be accommodated by assigning them, if possible, to different locations within the room or different rooms in the facility.



A service animal must be under the control of its handler. Under the ADA, service animals must be harnessed, leashed, or tethered, unless the individual's disability prevents using these devices or these devices interfere with the service animal's safe, effective performance of tasks. In that case, the individual must maintain control of the animal through voice, signal, or other effective controls.

## Inquiries, Exclusions, Charges, and Other Specific Rules Related to Service Animals

When it is not obvious what service an animal provides, only limited inquiries are allowed. Staff may ask two questions: (1) is the dog a service animal required because of a disability, and (2) what work or task has the dog been trained to perform. Staff cannot ask about the person's disability, require medical documentation, require a special identification card or training documentation for the dog, or ask that the dog demonstrate its ability to perform the work or task.

- Allergies and fear of dogs are not valid reasons for denying access or refusing service to people using service animals. When a person who is allergic to dog dander and a person who uses a service animal must spend time in the same room or facility, for example, in a school classroom or at a homeless shelter, they both should be accommodated by assigning them, if

Ex. 03, Pg. 006



Ex. 03, Pg. 007



→ 6: The Profile Picture Back to Initial









Ex. 03, Pg. 012







## Exclusion of Service animals

Q25. When can service animals be excluded? +

Q26. When might a service dog's presence fundamentally alter the nature of a service or program provided to the public? +

Q27. What does under control mean? Do service animals have to be on a leash? Do they have to be quiet and not bark? +

Q28. What can my staff do when a service animal is being disruptive? +

Q29. Are hotel guests allowed to leave their service animals in their hotel room when they leave the hotel? +

Q30. What happens if a person thinks a covered entity's staff has discriminated against him or her? —

A. Individuals who believe that they have been illegally denied access or service because they use service animals may file a complaint with the U.S. Department of Justice. Individuals also have the right to file a private lawsuit in Federal court charging the entity with discrimination under the ADA.

**Table of contents**

Frequently Asked Questions about Service Animals and the ADA

Definition of a Service Animal

General Rules

Certification and Registration

Breeds

Exclusion of Service animals

Miscellaneous

Resources

Print this page





| | Yes | No |
|---|---|---|
| Public Transportation (ADA Title II) & Airplanes (ACAA) | Yes | No |
| Workplaces (over 15 employees) (ADA Title I) | Yes | Yes |

* May depend on specific facts and circumstances. Additional resources should be consulted.

## When Service Animals and Assistance Animals Can Be Prohibited

- If they are not harnessed/leashed or controlled by voice/hand signals, etc.
- If they are out of control in public–e.g., growling, biting, excessive barking.
- If the animal is not housebroken [applies to public spaces, not housing].
- If the animal's presence or behavior would fundamentally alter the nature of the service, program, or activity.
- If the animal poses a direct threat to the health or safety of others.
- Where there is a legitimate safety requirement necessary for the safe operation of the service, program, or activity.

**Ex. 03, Pg. 016**

Find more information on service animals and assistance animals at ada.gov and hud.gov/fairhousing

Updated November 4, 2024



### Where Are Service Animals & Assistance Animals Protected?*

| Location (Potential Applicable Law) | Service | Assistance |
|---|---|---|
| Businesses and Public Accommodations (ADA Title III) | Yes | No |
| K-12 Education (ADA Title II or III, Sec. 504, or IDEA) | Yes | Yes |
| Higher Education (ADA Title II or III, or Sec. 504) | Yes | No |
| Government Spaces (ADA Title II or Sec. 504) | Yes | No |
| Health Care Facilities (ADA Title II or III, or Sec. 504) | Yes | No |
| Housing (FHA or Sec. 504) | Yes | Yes |
| Places/Programs Receiving Federal Funds (Sec. 504) | Yes | No |
| Public Transportation (ADA Title II) & Airplanes (ACAA) | Yes | No |
| Workplaces (over 15 employees) (ADA Title I) | Yes | Yes |

\* May depend on specific facts and circumstances. Additional resources should be consulted.

When Service Animals and Assistance Animals

www.justice.gov/servicemembers/service-animals-and-assistance-animals-0

Resources

## Differences Between Service Animals and Assistance Animals

| Service Animal | Assistance Animal |
|---|---|
| Service animal has a specific definition and meaning under applicable federal laws. | This is a broad term that can refer to assistance animals, support animals, emotional support animals, therapy animals, companion animals, etc. |
| Dog of any breed or size | Could be any species |
| Trained to perform a task related to a person's disability | Necessary to mitigate the effects of a physical or mental disability |
| Generally, can accompany people with disabilities in their homes and all areas where the public, participants in programs, services, or activities, or invitees are permitted. | Must be permitted in areas like a person's home, workplace, and K-12 schools. |

## Rules About Service Animals

- To verify a service animal, generally it is permissible to ask only two questions:
    1. Is the dog a service animal required because of a disability?
    2. What work or task has the dog been trained to perform?
- Local rules on dog licenses and vaccinations can be applied to service dogs.
- A service dog cannot be banned or prohibited based on its breed or size.
- Service animals are not required to be certified or to wear a vest or other ID.





the need for a service dog is often useful for housing or workplace accommodations, note the Psychiatric Service Dog Partners.

Google

can someone be a member of the americans with disability act

AI Mode   All   News   Images   Shopping   Short videos   Videos   More   Tools

◆ AI Overview

The Americans with Disabilities Act (ADA) is a civil rights law, not a club or organization with "members." It protects qualified individuals with physical or mental impairments that substantially limit major life activities. Protection applies to people with a current disability, a record of a disability, or those perceived as having one.

**Key Details on ADA Protection:**

- **Definition:** An individual must have a substantial, rather than minor, impairment (e.g., blindness, cancer, diabetes, or mental health conditions).
- **Coverage:** It applies to U.S. citizens, non-citizens, and tourists within the United States.
- **Scope:** The ADA protects individuals from discrimination in employment (Title I), state/local government services (Title II), and public accommodations (Title III).
- **Association:** The law also protects individuals who have a relationship or association with someone with a disability.

While there is no formal membership, individuals with disabilities or their advocates often use the term to describe being protected by or operating within the rights granted by the ADA.gov website.

ADA Update: A Primer for State and Local Governments - ADA.gov
Jun 1, 2015 — Who is Protected by the ADA? The ADA protects the rights of people who ha...
ADA.gov

Americans with Disabilities Act (ADA) - DB101 Arizona
The immune system. Special sense organs. The skin. Normal cell growth. Digestive, genitourinary, bowel, and bladder...
DB101 Arizona

Guide to Disability Rights Laws - ADA.gov
Feb 28, 2020 — Americans with Disabilities Act (ADA) The ADA prohibits discrimination on the...
ADA.gov

Show all

Dive deeper in AI Mode

AI responses may include mistakes. For legal advice, consult a professional. Learn more

## afc american family care® URGENT CARE

# Doctor's Note

Location:  American Family Care          Phone:  503-305-6262

Address:  1071 SE Tualatin Valley Hwy     Fax:    888-493-2953
          Hillsboro       OR    97123-5069

Name: LUNA, JOSEPH

Patient DOB: 11/14/1989

Date of visit: 10/12/2025

To Whom It May Concern,

This letter serves to verify that Joseph was seen today. Based on my professional evaluation, the patient meets the criteria for an emotional support animal (ESA) under the Fair Housing Act. The presence of emotional support animals assists in alleviating symptoms related to the patient's condition and contributes significantly to their emotional well-being and daily functioning.

The patient currently has one emotional support animal that is already trained and bonded to her. He recently acquired a second dog, Tika, which is currently in training to assist with recognizing and responding to fainting or narcoleptic-type episodes experienced by one of his household members. The patient is requesting this ESA letter specifically for housing purposes while Tika completes her training.

**Ex. 03, Pg. 019**



At this time, it is my professional recommendation that the patient be allowed to keep both emotional support animals in his residence as a reasonable accommodation under the Fair Housing Act. This recommendation is valid for one year and may be renewed as needed while Tika remains in training or until the patient obtains documentation for a fully trained service animal.

Thank you,

SARAH      CHICHARRONP

Provider Signature
American Family Care

## american family care URGENT CARE

# Doctor's Note

Location:  American Family Care

Address:  1071 SE Tualatin Valley Hwy

Phone:  503-305-6262

Fax:    888-493-2953

Name: LUNA, JOSEPH

Date of visit:  7/7/2025

To Whom It May Concern,

I am writing to request reasonable accommodation for my patient, Joseph Luna, to have his service dog, Scout, live with him at Park Creek Village.

Mr. Luna suffers from diabetic neuropathy and diabetic retinopathy, conditions that significantly impair his mobility and vision. Scout provides essential support to help him manage these impairments and maintain his daily functioning.

Allowing Mr. Luna to keep Scout in his residence is necessary for his health and well-being. Mr. Luna is committed to following all community guidelines related to pet care and safety.

Please contact our office 503-305-6262 if you require any additional information.

Ex. 03, Pg. 020



Provider Signature

**American Family Care**

**From:** **'Joseph Luna' via FL - Chair** <chair@furlandia.org>
Date: Sat, Apr 25, 2026 at 2:11 PM
Subject: Re: contacting chair@furlandia
To: Matthew Dahlquist <mutterwolf@furlandia.org>
Cc: chair@furlandia.org <chair@furlandia.org>

just letting you know, the response i got from the chair says i violated a part of the code of conduct. after getting that response is when i sent the email with my proof/evidence but haven't gotten a response. heres part of the proof/evidence that i included that was sent to the chair. you can see i've included an updated screenshot i just took showing baph has still yet to block me. this isn't me trying to be aggressive, disruptive, difficult, etc etc, i am just following the law and come to a resolution for the allegations against me showing with my proof that the claim/s is false. I just don't see how being aggressive or disruptive applies to me. I was bullied over and blocked by convention staff without giving me a chance to explain anything, no legitimate reason was given to me before me and my service dog were removed from GOTF, and yet all these false accusations seemed to have spilled into Furlandia. Volunteering for conventions does bring me enjoyment, and I feel that everything was stemmed from a domino effect of accusations and fabrications that lead me to being banned from GOTF. I can understand if it's too late in the year for me to volunteer at Furlandia this year, but would it safe to say that with my evidence, ADA laws, the sheer evasiveness from Baph and what he may have reported to you, the lack of them mentioning what code of conduct has been violated exactly, the issue at hand, and my evidence, would I be able to volunteer for 2027? I understand that you are the volunteer coordinator, but could this response be forwarded to the chair of Furlandia as well?

On Saturday, April 25, 2026 at 12:48:33 AM PDT, Matthew Dahlquist <mutterwolf@furlandia.org> wrote:


You are free to attend Furlandia.

Being permitted to volunteer is a different issue that is set by a variety of factors:  ability, attitude, compatibility,  and others that are not part of the general codes.  Someone who is otherwise compliant but disruptive or difficult to work with, or just doesn't have the disposition needed for most attendee facing, high stress or high confidence positions is banned or restricted.  Various individuals within the Staff may determine that an individual is unsuitable as a volunteer and the banned status or restrictions are conveyed to the volunteer coordinators who must decline any volunteering offers from designated individuals.  This stays until lifted by the Furlandia executive staff.

I have forwarded your request for review.  Since we are in the hectic last weeks before the Furlandia Convention, your status is unlikely to be changed for this year.  It would be best to address it again after Furlandia 2026.

MATT/ MUTTERWOLF - Furlandia 2026 Furry relations (Volunteering Co-coordinator)


On Fri, Apr 24, 2026 at 11:43 PM Joseph Luna <kebahyena@yahoo.com> wrote:
was wondering if you could contact the chair for me to contact me because a couple months ago i sent an email to chair@furlandia with my proof/evidence that i haven't violated any of furlandias code of

**Ex. 03, Pg. 022**

an email to email @furlandia with my proof evidence that I haven't violated any of furlandias code of conduct with no response yet, please and thank you



Docusign Envelope ID: 567C9641-209D-8C46-4B70-CD9AB582DCB5



**Ex. 03, Pg. 024**



Ex. 03, Pg. 025

From: **Matthew Dahlquist** <mutterwolf@furlandia.org>
Date: Sat, Apr 25, 2026 at 12:28 AM
Subject: Fwd: Volunteering
To: <chair@furlandia.org>

---------- Forwarded message ---------
From: **Joseph Luna** <kebahyena@yahoo.com>
Date: Sat, Jan 24, 2026 at 2:39 AM
Subject: Re: Volunteering
To: Matthew Dahlquist <mutterwolf@furlandia.org>

i don't get how when i was following law that bans me and volunteer bans me, my service dog only barked once when he saw the person in their dragon suit either a. bark alerted me that someone was approaching my blindside or b. got scared at the suit. his bark lasted 3 to 4 seconds. 10 to 15 minutes later was approached by 2 convention center staff members 1 stating "you need to remove your pet" my response "hes a service dog" staff members response "I've been a member of the ADA for 7 years and a service dog can't bark at all" the other staff member left to get Baph while i was pulling up the ADA laws, once Baph entered the room i was rushed out of the convention center. i left my service dog in my vehicle before entering the convention center again. at no point did my service dog bark anytime other then when he spotted the person in the dragon suit and it wouldn't classify as an excessive bark. at no point was i told i was trespassed, i followed ADA law stating "if the service animal is excluded the handler may still return" (see screenshot of ADA laws from ADA.gov i've included) don't know if you could share the screenshots with cheetaro or if you could give me their contact info

On Saturday, January 24, 2026 at 02:09:13 AM PST, Matthew Dahlquist <mutterwolf@furlandia.org> wrote:

Since then,  Furlandia has some Get Out The Float staff joining our staff and the ruling has changed I'm afraid.

On Sat, Jan 24, 2026 at 1:29 AM Joseph Luna <kebahyena@yahoo.com> wrote:
when i talked with cheetaro at the park BBQ i was told it would be clear and i could volunteer

On Saturday, January 24, 2026 at 01:15:13 AM PST, Matthew Dahlquist <mutterwolf@furlandia.org> wrote:

I did ask and it seems you do have a volunteering ban for working Furlandia related to the issues you shared.  Hence, you are unable to join the staff chat and I have to decline your requests to volunteer for Furlandia 2026.  I am informed that you are free to register and attend.

Sorry.

**Ex. 03, Pg. 026**

Matt/ Mutterwolf - HR lead





Ex. 03, Pg. 028

animal's work or the person's disability prevents use of these devices. In that case, the person must use voice, signal, or other effective means to maintain control of the animal. For example, a person who uses a wheelchair may use a long, retractable leash to allow her service animal to pick up or retrieve items. She may not allow the dog to wander away from her and must maintain control of the dog, even if it is retrieving an item at a distance from her. Or, a returning veteran who has PTSD and has great difficulty entering unfamiliar spaces may have a dog that is trained to enter a space, check to see that no threats are there, and come back and signal that it is safe to enter. The dog must be off leash to do its job, but may be leashed at other times. Under control also means that a service animal should not be allowed to bark repeatedly in a lecture hall, theater, library, or other quiet place. However, if a dog barks just once, or barks because someone has provoked it, this would not mean that the dog is out of control.



Get Out The Float
964 4th Ave
Vernonia, OR 97064
www.getoutthefloat.com

Joseph Luna
2065 SE 44th Ave
Apt #237
Hillsboro, OR 97123
Ph: 503-820-1109
Email: kebahyena@yahoo.com
Re: Get Out The Float 2025 Attendance

February 23rd, 2025

Hello Joseph / KebaYena,

This letter is to inform you that you have been permanently banned from Get Out the Float (GOTF). During GOTF 2025, you were removed from the premises on Thursday, February 6, 2025 by the Seaside Civic & Convention Center staff and the convention chair. After your removal from the convention center, you returned later in the day to dispute your removal with GOTF registration volunteers.

**Expulsion from Event by Venue or Hotel**
If you are expelled from the hotel or other venue for violation of their rules, you immediately forfeit your event membership, must surrender your badge, and will receive no refund. Attendees who commit vandalism or conduct themselves in such a way that is grossly offensive to the venue or hotel staff may also be subject to long-term bans from future GOTF events.

As a result, you have been permanently banned from attending Get Out The Float. You may make a written appeal for this ban after March 1st, 2026. No appeals will be reviewed before that date.

You are also permanently banned from volunteering at Get Out the Float. No appeals will be accepted.

Sincerely,

Ex. 03, Pg. 029

Louis Lamp