**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97301
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendant Louis Lamp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **JOSEPH LUNA**, <br><br> Plaintiff, <br><br> v. <br><br> **FRANK KAIM**, individually; **LOUIS LAMP**, individually; **GET OUT THE FLOAT LLC**; **RAINFURREST ANTHROPOMORPHICS INTERNATIONAL**, **the CITY OF SEASIDE**, and **JOHN DOES I-X**, individually, <br><br> Defendants. | **Case No.** 3:26-cv-00398-SI <br><br> **DECLARATION OF TANNER COLVIN SUPPORTING SPECIAL MOTION TO STRIKE** |

## DECLARATION

I, Tanner Colvin, hereby declare as follows:

1.   I am over the age of eighteen, competent to testify, and have personal knowledge of the facts stated in this declaration.

2.   I was one of the volunteers working at the Get out the Float convention on February 6, 2025. I was volunteering in the hospitality suite. At one point, I was on a break and wearing my fur suit, which is a green dragon with antlers and rainbow wings.

Page 1 – **Declaration of Tanner Colvin Supporting Special Motion to Strike**

**3.** I had just entered the convention center and I was standing at the entrance to the "Dealer's Alley," which is the area where vendors are set up at the convention.

**4.** At that time, Plaintiff Joseph Luna's dog, Scout, started aggressively barking at me and attempting to charge at me. I tried to avoid the dog by retreating back to where I came from, but he caught up to me. Scout proceeded to start running around me, which caused his leash to wrap around my legs and prevent me from moving while in my suit.

**5.** This happened after multiple attempts to avoid the dog and its owner. Plaintiff Joseph Luna was there, but his dog was completely out of control. Mr. Luna was not issuing commands to the dog or taking any other action to gain control over it.

**6.** Scout was behaving erratically, aggressively, and clearly not under the control of Mr. Luna. It was apparent to me that Scout was not properly trained to work as a service dog based on Mr. Luna's total lack of control over him.

**7.** Scout and Mr. Luna's actions could have caused injury to me. As mentioned above, I was wearing my suit and could have easily tripped after Scout wrapped my legs up in his leash. This was a stressful situation for me, particularly because of how aggressive Scout was acting and how I was unable to get away from him or Mr. Luna.

**I hereby declare under penalty of perjury that this declaration is true and correct to the best of my knowledge and belief and that I understand it will be used as evidence in court.**

Dated July 9, 2026.

Signed by:

*Tanner Colvin*

15DC5DCBA81A4B1...

**Tanner Colvin**

Page 2 – **Declaration of Tanner Colvin Supporting Special Motion to Strike**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Declaration of Tanner Colvin Supporting Special Motion to Strike** on the following persons on **July 10, 2026**, in the manner described below:

Melissa J. Healy
760 S.W. Ninth Ave., Suite 3000
Portland, Oregon 97205
Phone: 503-294-9263
Email: melissa.healy@stoel.com
Pro Bono Counsel for Plaintiff

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☐ by e-mail
X by electronic service

Kenneth S. Montoya
350 Mission Street SE, Suite 202
Salem, Oregon 97302
Phone: (503) 990-8436
Email: kenny@montoyalaw.org
Counsel for Defendant City of Seaside
and Defendant Frank Kaim

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☐ by e-mail
X by electronic service

Dated July 10, 2026.

*s/ Will Riddell*
**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97302
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendant Louis Lamp

Page 3 – **Declaration of Tanner Colvin Supporting Special Motion to Strike**