**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97301
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendants Louis Lamp
and Get out the Float LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **JOSEPH LUNA**, | **Case No.** 3:26-cv-00398-SI |
| Plaintiff, | |
| v. | **DEFENDANTS' UPDATED LR 7 CERTIFICATION FOR SPECIAL MOTION TO STRIKE** |
| **FRANK KAIM**, individually; **LOUIS LAMP**, individually; **GET OUT THE FLOAT LLC**; **RAINFURREST ANTHROPOMORPHICS INTERNATIONAL**, the **CITY OF SEASIDE**, and **JOHN DOES I-X,** individually, | |
| Defendants. | |

Page 1 – **Defendants Louis Lamp's Updated LR 7 Certification for Special Motion to Strike**

**NOTICE**

Defendants Get out the Float LLC and Louis Lamp's counsel has now conferred by phone with Plaintiff's counsel on each issue raised in Defendants' special motion to strike as required by LR 7. The parties were unable to resolve the issues raised in Defendants' motion. The parties agreed that Defendants' counsel would file this notice to confirm compliance with the conference requirements of LR 7, and that Defendants would not oppose rescheduling the deadline for Plaintiff's response to the motion to August 21, 2026.

Dated July 23, 2026.

*s/ Will Riddell*

**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97301
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendants Louis Lamp
and Get out the Float LLC

Page 2 – **Defendants Louis Lamp's Updated LR 7 Certification for Special Motion to Strike**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Defendants' Updated LR 7 Certification for Special Motion to Strike** on the following persons on **July 23, 2026**, in the manner described below:

Melissa J. Healy
760 S.W. Ninth Ave., Suite 3000
Portland, Oregon 97205
Phone: 503-294-9263
Email: melissa.healy@stoel.com
Pro Bono Counsel for Plaintiff

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☐ by e-mail
X by electronic service

Kenneth S. Montoya
350 Mission Street SE, Suite 202
Salem, Oregon 97302
Phone: (503) 990-8436
Email: kenny@montoyalaw.org
Counsel for Defendant City of Seaside
and Defendant Frank Kaim

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☐ by e-mail
X by electronic service

Dated July 23, 2026.

*s/ Will Riddell*

**Will Riddell, OSB No. 195635**
1491 Commercial Street SE
Salem, Oregon 97301
Phone: (503) 269-8961
Email: will@riddell.lawyer
Attorney for Defendants Louis Lamp
and Get out the Float LLC