MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiff Joseph Luna*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSEPH LUNA, | Case No.:  3:26-cv-00398-SI |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| v. | |
| FRANK KAIM, et al., | |
| Defendants. | |

## I. L.R. 7-1(A) CERTIFICATION

Pursuant to L.R. 7-1(a), counsel for Plaintiff Joseph Luna conferred with counsel for Defendants Louis Lamp and Get Out the Float LLC ("Defendants") via email and Defendants do not oppose this motion.

## II. MOTION

Plaintiff Joseph Luna, through his undersigned counsel, moves the Court for an extension of time to respond to the pending special motion to strike until and including August 21, 2026. This additional time is needed given pre-existing scheduling conflicts with the current deadlines.

Page 1 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
152705283.4 0085398-00001

This is Plaintiff's second request for an extension. This extension is sought in good faith and not for the purpose of delay.

DATED:  July 23, 2026                    STOEL RIVES LLP


_/s/ D. Ryan Mets_
MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com

_Attorneys for Plaintiff Joseph Luna_

Page 2 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
152705283.4 0085398-00001