MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOSEPH LUNA                            ,

                    Plaintiff(s),          Case No.: 3:26-cv-00398-SI_____

v.

 FRANK KAIM, et. al.                   ,          JOINT ALTERNATIVE DISPUTE
                                                 RESOLUTION REPORT
                    Defendant(s).

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit.  This report is submitted in compliance with LR 16-4(d).

1.    Have counsel held settlement discussions with their clients and the opposing party?

☑Yes        ☐No

      If not, provide an explanation:

      _____

      _____

Joint Alternative Dispute Resolution Report                                    1
[Rev. 02/2021]

2.     The parties propose:   (*check one of the following*)

☐ (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b)  That the Court refer this case to mediation using a Court-sponsored mediator.  (*See* LR 16-4(f) for Court-sponsored  mediation procedures). The parties seek a Court mediator because:

_____

_____

_____

☑ (c)   ADR may be helpful at a later date following completion of:

Preliminary discovery and resolution of a currently pending motion.
_____

_____

☐ (d)    The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)   The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)   Other:

_____

_____

_____

Dated: 07/30/2026                    By:    /s/ D. Ryan Mets

                                     By:    /s/ Will Riddell

                                     By:    /s/ Dallin Snyder