Kenneth S. Montoya, OSB #064467
*kenny@montoyalaw.org*
Keegan C. Murphy, OSB #194294
*keegan@montoyalaw.org*
Dallin M. Snyder, OSB#256020
*dallin@montoyalaw.org*
Montoya Law LLC
350 Mission St. SE, Suite 202
Salem, OR 97302
Telephone: (503) 990-8436
Fax: (503) 878-8598
Attorneys for Defendants Frank Kaim and City of Seaside

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JOSEPH LUNA,

Plaintiffs,

v.

FRANK KAIM, individually, LOUIS LAMP, GET OUT THE FLOAT LLC, FURLANDIA ASSOCIATION, CITY OF SEASIDE, and JOHN DOES I-X, individually,

Defendants.

Case No. 3:26-CV-00398-SI

**NOTICE OF WITHDRAWAL OF COUNSEL FOR FRANK KAIM AND CITY OF SEASIDE**

DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Dallin M. Snyder, Oregon State Bar o. 256020 is being withdrawn as an attorney of record for defendants Frank Kaim and City of Seaside. Kenneth S. Montoya and Keegan C. Murphy of Montoya Law LLC remain as attorneys of record.

DATED this August 13, 2026.

s/Dallin M. Snyder
Dallin M. Snyder, OSB#256020
Keegan C. Murphy, OSB#194264
Kenneth S. Montoya, OSB #064467
Attorneys for Defendants Frank Kaim and City of Seaside



KENNETH S. MONTOYA
Montoya Law LLC
350 Mission St. SE, Ste 202
Salem, OR 97302
(503) 990-8436 / (503) 878-8598 (fax)
Kenny@Montoyalaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing NOTICE OF WITHDRAWAL OF COUNSEL FOR FRANK KAIM AND CITY OF SEASIDE on:

Melissa Healy
D. Ryan Mets
Stoel Rives LLP
760 SW Nonth Ave Ste 3000
Portland, OR 97205
Attorneys for Plaintiff

Will Riddell
1491 Commercial St SE
Salem, OR 97302
Attorney for Louis Lamp

by the following indicated method or methods:

☒ by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to plaintiff's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this August 13, 2026.

s/Dallin M. Snyder
Dallin M. Snyder, OSB#256020
Keegan C. Murphy, OSB#194264
Kenneth S. Montoya, OSB #064467
Attorneys for Defendants Frank Kaim and City of Seaside