MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSEPH LUNA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK KAIM, individually, LOUIS LAMP, GET OUT THE FLOAT LLC, RAINFURREST ANTHROPOMORPHICS INTERNATIONAL, CITY OF SEASIDE, and JOHN DOES I-X, individually,<br><br>Defendants. | Case No.: 3:26-cv-00398-SI<br><br>**DECLARATION OF JOSEPH LUNA IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |

I, Joseph Luna, declare as follows

1. I am over the age of 18 years and competent to make this declaration based on personal knowledge.

2. For over ten years, I have suffered and continue to suffer from diabetes, diabetic neuropathy, and diabetic retinopathy; conditions that cause me chronic pain, anxiety, impaired

vision, and impaired mobility.

3. I use a trained service animal (dog) named Scout to help perform my daily functions and mitigate the effects of my disabilities.

4. At times, my conditions cause nerve and muscle pain which interfere with my ability to hold a leash. As a result, sometimes Scout is off leash.

5. Scout is trained to assist me with a number of daily activities, including:

(1) notifying me that I have abnormal glucose/blood sugar levels;

(2) notifying me when someone is approaching my visually impaired side;

(3) helping me safely navigate public spaces, particularly in crowded areas.

6. Scout is also trained to perform tasks that help me manage chronic pain and anxiety, including deep pressure therapy ("DPT").

7. I personally trained Scout to perform those tasks over the course of nearly three years, beginning in 2020. To do so, I used basic training techniques including offering Scout treats to reward desired behavior, such as when he would lay down and perform DPT by pressing on my back to relieve back pain. Eventually, Scout formed a positive association with the desired conduct, and now all it takes is for me to point at my back and he knows to get into position perform DPT on my back.

8. I also used other more advanced techniques for the other tasks that I learned from online information sources, watching training videos, and contacting service dog trainers online.

9. During Scout's training in 2020, I sought and achieved his registration as an emotional support dog so that he could live with me and offer the emotional support I needed and continue to need in my home throughout any given day. Scout is also trained to perform tasks to help me with my disabilities.

10. My diabetic retinopathy has caused me to suffer from temporarily impaired vision multiple times over the last ten years. As a result, I felt it necessary to train Scout to help me navigate public spaces so that he could assist me during those periods when my vision is impaired. I trained Scout to alert me with one bark when he identifies someone that I cannot see is approaching me.

11. A few weeks before Get Out the Float 2025, I had a leakage in a blood vessel in my eye, which impaired my vision. As a result, my vision was impaired during GOTF 2025.

12. On February 6, 2025, I attended the Get Out the Float convention at the Seaside Civic Convention Center.

13. Around 3:30 in the afternoon, I was in the hallway browsing merchandise offered for sale by a 3D printing vendor at the convention. I stepped into the middle of the hallway and called Scout to come close to me, which he did, consistent with his training.

14. Scout, while standing near me, noticed Tanner Colvin in a dragon costume approaching me from my visually impaired side. Scout barked a single bark, which lasted three to four seconds. After that one bark, Scout sat down next to me.

15. After that, I found my roommate in the hallway and went to speak with him.

16. With the exception of two brief moments, I was holding an automatically retractable leash connected to Scout's harness and Scout was appropriately responsive to voice commands while at GOTF 2025.

17. The first instance in which I dropped his leash was for a moment while I was filling up his portable water bowl so that he could drink water. When he was done drinking water, I picked up his leash again.

18. The second instance in which I dropped his leash was after Scout's one bark alert. Consistent with his training, Scout had alerted me with a single bark when Tanner Colvin was approaching my visually impaired side while dressed like a dragon. After that occurred, I had a conversation with my roommate in the hallway. During that conversation, Scout began indicating to me that he needed to go outside to relieve himself by moving toward the door. I made a noise command that sounds like a growl, which indicates to Scout that I need him to return to my side. Scout turned around to return to my immediate side in response to my noise command. In order to return to my side, he needed to go around Tanner Colvin. To avoid wrapping the leash around Tanner Colvin's legs, I dropped Scout's leash. The leash automatically retracted and did not wrap around Tanner Colvin's legs. Scout then returned to a seated position right next to me, and I picked up his leash.

19. In the past, I have been allowed to pre-register and attend Get Out the Float by simply filling out a form online with basic personal and contact information. It is my understanding that any member of the public can attend Get Out the Float by simply registering in a similar way during the convention. The first time I was ever exposed to any selectiveness or limitation to my ability to register, attend, or volunteer was after the discriminatory events at issue in this case.

20. I did not ever directly or indirectly threaten Louis Lamp with violence, and have never owned a gun since moving to Oregon in 2020. After my removal, I only intended to talk to Louis Lamp about my rights that I believed had been violated.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF OREGON AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED: August 21, 2026

Joseph Luna
Joseph Luna