MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
D. RYAN METS, OSB No. 234680
ryan.mets@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JOSEPH LUNA,

Plaintiff,

v.

FRANK KAIM, individually, LOUIS LAMP, GET OUT THE FLOAT LLC, RAINFURREST ANTHROPOMORPHICS INTERNATIONAL, CITY OF SEASIDE, and JOHN DOES I-X, individually,

Defendants.

Case No.: 3:26-cv-00398-SI

**DECLARATION OF BRETT BLUMFIELD IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE**

I, Brett Blumfield, declare as follows

1. I am over the age of 18 years and competent to make this declaration based on personal knowledge.

2. I have lived with Joseph Luna since 2011.

3. Joseph initially got his service animal, Scout, registered as an emotional support

animal to allow Scout to live with us during Scout's training to become a service dog. I believe Scout started living with us around the beginning of 2021.

4. While Joseph was training Scout, I remember coming home from work and Joseph would have Scout demonstrate the various tasks that Scout was learning to assist Joseph with his disabilities.

5. I regularly see Scout performing tasks to assist Joseph with his disabilities, including deep pressure therapy, bark alerting when someone who Joseph cannot see is approaching him, and lick alerting when Joseph has abnormal blood sugar levels.

6. I have attended countless public activities with Joseph and Scout including shopping trips, conventions, firework shows, and auto shows and have never seen Scout behave aggressively, unruly, disruptively, or be out of Joseph's control. Joseph and Scout regularly receive compliments in public for how well-trained and well-behaved Scout is.

7. I have personally seen on multiple occasions Joseph and Scout be falsely accused of misconduct and otherwise discriminated against by restaurant staff, security staff, and others in public places due to Joseph's need to be accompanied by a service dog.

[*Signature page to follow*]

8. For example, I attended the Portland Roaster Show with Joseph and Scout in 2026. Upon arrival, the security team falsely accused Joseph and Scout of being unruly, disruptive, and biting. The security team assigned two cadets to accompany us through the expo. After about an hour, one of the cadets stated something to the effect of "I don't understand what they were talking about. Your service dog was very well behaved, and I don't know why they made us observe you. You're free to enjoy the rest of the auto show." After that, the cadets left us alone.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF OREGON AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED: August 21, 2026

Brett Blumfield

Brett Blumfield