**Lauren J. Russell, OSB 154158**
Email: lrussell@dunncarney.com
**Benjamin Eckstein, OSB 175090**
Email: beckstein@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204
Telephone: 503.224.6440
Facsimile: 503.224.7324

Attorneys for Defendant RAINFURREST ANTHROPOMORPHICS INTERNATIONAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JOSEPH LUNA,**

Plaintiff,

v.

**FRANK HAM, INDIVIDUALLY, LOUIS LAMP, GET OUT THE FLOAT LLC, RAINFURREST ANTHROPOMORPHICS INTERNATIONAL, CITY OF SEASIDE, AND JOHN DOES I-X, INDIVIDUALLY,**

Defendants.

No. 3:26-cv-00398-SI

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT RAINFURREST ANTHROPOMORPHICS INTERNATIONAL

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, Defendant Rainfurrest Anthropomorphics International ("RAIn") hereby discloses that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock. RAIn is a Washington 501(c)(3) non-profit organization.

/ / /

/ / /

Dated this 8th day of September, 2026.

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

*/s/ Lauren J. Russell*

**Lauren J. Russell, OSB 154158**
Email: lrussell@dunncarney.com
**Benjamin Eckstein, OSB 175090**
Email: beckstein@dunncarney.com

Telephone: 503.224.6440
Facsimile: 503.224.7324
Attorneys for Defendant RAINFURREST ANTHROPOMORPHICS INTERNATIONAL